**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**SANDRA CARLO,** *et al.*                                                                          **PLAINTIFFS**

**v.**                                                    **4:06-CV-00480-WRW**

**WYETH,** *et al.*                                                                                   **DEFENDANTS**

## ORDER

The Motion of Plaintiffs Sandra S. Carlo and Charles M. Carlo to Set Aside the Order

that Dismissed their Claims in Error (Doc. No. 10) is GRANTED.

The text order dated February 9, 2007 (Doc. No. 9), is VACATED as to Plaintiffs Sandra

Carlo and Charles Carlo.  The Clerk of the Court is hereby ordered to reinstate them as parties to

this action.

IT IS SO ORDERED this 14th day of November, 2007.


                                                                    /s/ Wm. R. Wilson, Jr._____
                                                                    UNITED STATES DISTRICT JUDGE